UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-60209-CIV-MARTINEZ-BROWN

JOHN N. ("JACK") HEARN, CHRISTOPHER O. BARTLETT, JOHN ROUSSELLE, TIMOTHY HARKINS, AND HENRY P. MALLON,

    Plaintiffs,

vs.

MICHAEL MCKAY, ROBERT MCKAY, THOMAS BETHEL, EDWARD KELLY, DONALD NILSSON, PAUL CATES, DANIEL SMITH, JOHN HAFNER, DONALD CREE, JOSEPH GREMELSBACKER, AND ROBERT KEIFER, INDIVIDUALLY AND AS OFFICERS OF THE AMERICAN MARITIME OFFICERS UNION, AND THE AMERICAN MARITIME OFFICERS UNION,

    Defendants.
_____/

## ORDER RESETTING CALENDAR CALL AND TRIAL DATE

THIS CAUSE comes before the Court upon Plaintiffs' Motion for a Continuance of the Remaining Pretrial Schedule and Trial Date due to Medical Emergency (D.E. No. 184). It is hereby:

**ORDERED AND ADJUDGED** that

1. Plaintiffs' Motion for a Continuance of the Remaining Pretrial Schedule and Trial Date due to Medical Emergency (D.E. No. 184) is **GRANTED** and the previous calendar call and trial dates are hereby **CANCELLED.**

2. Trial is rescheduled to commence during the two-week period of **Monday, July 7, 2008** with calendar call commencing on **Thursday, July 3, 2008 at 1:30 p.m.** No further motions for continuances of this trial date will be granted.

      3.      The following deadlines are reset:

           a.      The parties may have until **June 19, 2008** to file their Joint Pretrial Stipulation.

           b.      The parties may have until **June 27, 2008** to file their Joint Proposed Jury Instructions or their Proposed Findings of Fact and Conclusions of Law. A copy of either the joint instructions or of each parties' findings of fact and conclusions of law should also be e-mailed to Chambers in Wordperfect 12.0.[1]

           c.      The parties may have until **July 1, 2008** to file their deposition designations.

All other deadlines have expired and are not reset by this Order.[2] The Order Setting Civil Trial Date and Pretrial Schedule (D.E. No. 54) shall otherwise remain in full force and effect.

DONE AND ORDERED in Chambers at Miami, Florida, this 23 day of April, 2008.

                                                           JOSE E. MARTINEZ
                                                           UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record

---

[1] The parties should contact Chambers at (305) 523-5590 to obtain the correct e-mail address.

[2] The Court notes that this Order also does not affect any other deadlines set by this Court to respond or reply to motions already filed nor does it affect the time to respond or reply to motions under the Local Rules where no other specific deadline has been set by the Court.