UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  07-60209-CIV-MARTINEZ-BROWN

JOHN N. ("JACK") HEARN, CHRISTOPHER
O. BARTLETT, JOHN ROUSSELLE,
TIMOTHY HARKINS, AND HENRY P.
MALLON,

      Plaintiffs,

vs.

MICHAEL MCKAY et.al.,

      Defendants.
_____/

**FINAL JUDGMENT**

      Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the reasons stated in the Court's Findings of Fact and Conclusions of Law (D.E. No. 238), judgment on Count II, the only remaining claim in this case, is entered in favor of the remaining non-defaulting Defendants, Thomas Bethel, Donald Nilsson, Daniel Smith, Donald Cree, Joseph Gremelsbacker, and Robert Kiefer and against Plaintiffs, John N. Hearn, Christopher O. Bartlett, John Rouselle, Timothy Harkins, and Henry P. Mallon.

      DONE AND ORDERED in Chambers at Miami, Florida, this 28 day of October, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record